# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

ROBERT B. CHAMBERS, ADC #550525                                            PLAINTIFF

v.                                NO. 5:14CV00086 JLH

CONNIE WILKERSON, Nurse, Corizon;
and TYRESE HEWING, Sergeant, Varner
Unit, Arkansas Department of Correction                                     DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS SO ORDERED this 8th day of April, 2015.

_____
UNITED STATES DISTRICT JUDGE