**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

ROBERT B. CHAMBERS, ADC #550525                                              PLAINTIFF

v.                                          NO. 5:14CV00086 JLH

CONNIE WILKERSON, Nurse, Corizon;
and TYRESE HEWING, Sergeant, Varner
Unit, Arkansas Department of Correction                                      DEFENDANTS

## JUDGMENT

Pursuant to the Order filed this date, judgment is entered dismissing this case with prejudice.

The relief sought is denied.

DATED this 8th day of April, 2015.

_____
UNITED STATES DISTRICT JUDGE